Philip L. Gregory (SBN 95217)
**COTCHETT, PITRE, SIMON & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

Attorneys for Plaintiff
CAROLINE RAYNAUD

**E-filed 7/6/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLINE RAYNAUD,<br><br>     Plaintiff,<br><br>vs.<br><br>INTERNATIONAL DATA CORPORATION, a Massachusetts corporation,<br><br>     Defendant. | Case No. CV-04-03959 JF<br><br>**STIPULATION RE. REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Jeremy Fogel |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

STIPULATION RE. REQUEST FOR DISMISSAL WITH PREJUDICE
Case No. CV-04-3959 JF

## STIPULATION RE. REQUEST FOR DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, Rule 41(a), on the basis of the stipulation reached between the parties to settle this matter, Plaintiff CAROLINE RAYNAUD voluntarily dismisses the above-captioned action against Defendant INTERNATIONAL DATA CORPORATION in its entirety **with prejudice**, with each side to bear its own costs and attorney's fees.

DATED: June 20, 2005              COTCHETT, PITRE, SIMON & McCARTHY

                                  By: _____
                                      Philip L. Gregory
                                      Attorneys for Plaintiff
                                      CAROLINE RAYNAUD

DATED: June 30, 2005              BINGHAM McCUTCHEN

                                  By: _____
                                      Alan R. Berkowitz
                                      Attorneys for Defendant
                                      INTERNATIONAL DATA CORPORATION

DOCS-#27212-v1-Stip_re_Request_for_Dismissal_w_Prejudice.WPD

IT IS SO ORDERED.            Judge Jeremy Fogel United States District Court Judge
7/5/05                              /s/electronic signature authorized

LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

STIPULATION RE. REQUEST FOR DISMISSAL WITH PREJUDICE
Case No. CV-04-3959 JF                                                                              1